Erik R. Puknys
erik.puknys@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (*pro hac vice* to be filed)
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone: (571) 203-2750
Facsimile: (571) 203-2777

Matthew C. Berntsen (*pro hac vice* to be filed)
matthew.berntsen@finnegan.com
Guanshi Li (*pro hac vice* to be filed)
guanshi.li@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
2 Seaport Ln
6th Floor
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

Attorneys for Petitioners
BAYERISCHE MOTOREN WERKE AG

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In Re *Ex Parte* Application of Bayerische Motoren Werke AG for Order to Obtain Discovery for Use in Foreign Proceedings** | Misc. Action No.<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

The *Ex Parte* Application of Bayerische Motoren Werke AG ("BMW") for an Order Pursuant to 28 U.S.C. Section 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings ("Application") came before this Court on March 30, 2026. The Application seeks documents and testimony from Broadcom Inc. The documents and testimony are for use in connection with patent litigation pending in Germany.

Having reviewed and considered all moving papers and exhibits, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The *Ex Parte* Application is **GRANTED**;

2. BMW is hereby granted leave to issue subpoenas for documents and testimony in substantially the form attached as Exhibits A and B to the Application; and

3. Copies of the Application, its supporting documents, and this Order shall be mailed to Broadcom Inc., 3421 Hillview Avenue, Palo Alto, California 94304.

**IT IS SO ORDERED.**

Dated: _______________, 2026

_________________________________
U.S. DISTRICT COURT JUDGE