UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE EX PARTE APPLICATION OF BAYERISCHE MOTOREN WERKE AG FOR ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Case No. 26-mc-80092-VKD

**ORDER SETTING DEADLINES FOR SERVICE AND CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

Bayerische Motoren Werke Aktiengesellschaft ("BMW") filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 authorizing service of subpoenas for documents and a deposition on Broadcom Inc. ("Broadcom"). This application requires a case-dispositive decision, and absent consent of all parties, this Court lacks jurisdiction to hear and decide this matter. *See* 28 U.S.C. § 636(c)(1); *CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 119 F.4th 1126 (9th Cir. 2024); *Williams v. King*, 875 F.3d 500 (9th Cir. 2017).

Absent a showing of good cause for proceeding *ex parte*, BMW shall serve a copy of the application and this order on Broadcom by **April 9, 2026**. and must promptly file proof of service thereafter.

Broadcom shall file a response to the petition by **April 16, 2026,** without prejudice to its opportunity to file a motion to quash or modify the subpoena(s), if one is issued.

BMW must file a "Consent or Declination to Magistrate Judge Jurisdiction"[1] form indicating whether it consents to or declines magistrate judge jurisdiction no later than **April 23,**

[1] The form is available at https://cand.uscourts.gov/sites/default/files/forms/MJ_Consent-Declination_Form_10-2020.pdf

United States District Court
Northern District of California

**2026**. After appearing, Broadcom also must file a "Consent or Declination to Magistrate Judge Jurisdiction" form indicating whether it consents to or declines magistrate judge jurisdiction no later than **April 23, 2026**. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

If the Court does not have consent of both BMW and Broadcom by **April 23, 2026**, the Court will order the Clerk to reassign this matter to a district judge.

**IT IS SO ORDERED.**

Dated: April 2, 2026

Virginia K. DeMarchi
United States Magistrate Judge