UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE EX PARTE APPLICATION OF BAYERISCHE
MOTOREN WERKE AG FOR ORDER TO OBTAIN
DISCOVERY FOR USE IN FOREIGN PROCEEDINGS ,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 26-mc-80092-VKD

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Matthew C. Berntsen , an active member in good standing of the bar of Massachusetts , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: BAYERISCHE MOTOREN WERKE AG in the above-entitled action. My local co-counsel in this case is Erik R. Puknys , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 190926 .

2 Seaport Lane
Boston, MA 02210-2001

MY ADDRESS OF RECORD

(617) 646-1600

MY TELEPHONE # OF RECORD

matthew.berntsen@finnegan.com

MY EMAIL ADDRESS OF RECORD

3300 Hillview Avenue
Palo Alto, CA 94304

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 849-6600

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

erik.puknys@finnegan.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 678533 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/07/2026

Matthew C. Berntsen
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew C. Berntsen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 7, 2026

UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

United States District Court
Northern District of California