Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (*pro hac vice*)
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone: (571) 203-2750
Facsimile: (571) 203-2777

Matthew C. Berntsen (*pro hac vice*)
matthew.berntsen@finnegan.com
Guanshi Li (*pro hac vice*)
guanshi.li@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
2 Seaport Lane
6th Floor
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

Attorneys for Petitioner
BAYERISCHE MOTOREN WERKE AG

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**In Re *Ex Parte* Application of Bayerische Motoren Werke AG for Order to Obtain Discovery for Use in Foreign Proceedings**

Misc. Action No. 5:26-mc-80092-VKD

**NOTICE OF SUPPLEMENTAL SERVICE AND CORRECTION OF EX PARTE APPLICATION**

Bayerische Motoren Werke Aktiengesellschaft ("BMW") provides notice to the Court of the following events:

- On March 30, 2026, BMW filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of subpoenas for documents and a deposition on Broadcom Inc. ("Broadcom"). (Dkt. 1.)

- Pursuant to this Court's order (Dkt. 4), BMW formally served the Application and the Court's Order on April 3, 2026, through CSC - LAWYERS INCORPORATING SERVICE ("CSC"), and notified the Court by filing the Proof of Service (Dkt. 5).

- On April 16, 2026, the Court's due date for Broadcom's response to the Application (Dkt. 4), CSC informed BMW that it allegedly cannot accept service on behalf of Broadcom Inc.

- To avoid unnecessary delay, on April 17, 2026, BMW filed a Corrected Application that (i) corrects Broadcom Inc.'s state of incorporation and (ii) attaches Corrected Exhibits A and B reflecting updated service information (Dkt. 12, Ex. 1 (State of Delaware, Department of State: Division of Corporations listing for Broadcom Inc.). On the same date, BMW sent Dkts. 1, 4, and 12 out for confirmatory service on Broadcom Inc.

- Service was effected on April 17, 2026. A Proof of Service is provided herewith. Ex. 2.

Dated: April 20, 2026

By: */s/ Erik R. Puknys*
Erik R. Puknys

Attorney for Petitioner
BAYERISCHE MOTOREN WERKE AG

*Of Counsel*:

Lionel M. Lavenue (*pro hac vice*)
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone:(571) 203-2750
Facsimile: (571) 203-2777

Matthew C. Berntsen (*pro hac vice*)
matthew.berntsen@finnegan.com
Guanshi Li (*pro hac vice*)
guanshi.li@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
2 Seaport Lane
6th Floor
Boston, MA 02210-2001
Telephone:(617) 646-1600
Facsimile: (617) 646-1666