# EXHIBIT 2

*UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA*

***In re: Ex Parte Application of Bayerische Motoren Werke AG***
***for Order to Obtain Discovery for Use in Foreign Proceedings***

**Case No: 5:26-mc-80092**

## *AFFIDAVIT OF SERVICE*

*I, Ramona Talvacchio, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Ex Parte Application of Bayerische Motoren Werke AG For Order Pursuant to 28 U.S.C. § 1782(a) to Obtain Discovery for Use in Foreign Proceedings and Supporting Memorandum of Law; Declaration of Erik R. Puknys in Support of Ex Parte Application of Bayerische Motoren Werke AG for Order Pursuant to 28 U.S.C. § 1782(A) to Obtain Discovery for Use in Foreign Proceedings; Exhibits; Declaration of Prof. Dr. Tilman Muller-Stoy in Support of Ex Parte Application of Bayerische Motoren Werke AG for Order Pursuant to 28 U.S.C. § 1782(A) to Obtain Discovery for Use in Foreign Proceedings; Proposed Order Granting Leave to Obtain Discovery for Use in Foreign Proceedings; Order Setting Deadlines for Service and Consent or Declination to Proceed Before a Magistrate Judge; Corrected Ex Parte Application of Bayerische Motoren Werke AG for Order Pursuant to 28 U.S.C. § 1782(a) to Obtain Discovery for Use in Foreign Proceedings and Supporting Memorandum of Law; and Corrected Exhibits in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 4/17/2026 at 12:52 PM, I served Broadcom Inc. c/o Corporation Service Company, Registered Agent with the Ex Parte Application of Bayerische Motoren Werke AG For Order Pursuant to 28 U.S.C. § 1782(a) to Obtain Discovery for Use in Foreign Proceedings and Supporting Memorandum of Law; Declaration of Erik R. Puknys in Support of Ex Parte Application of Bayerische Motoren Werke AG for Order Pursuant to 28 U.S.C. § 1782(A) to Obtain Discovery for Use in Foreign Proceedings; Exhibits; Declaration of Prof. Dr. Tilman Muller-Stoy in Support of Ex Parte Application of Bayerische Motoren Werke AG for Order Pursuant to 28 U.S.C. § 1782(A) to Obtain Discovery for Use in Foreign Proceedings; Proposed Order Granting Leave to Obtain Discovery for Use in Foreign Proceedings; Order Setting Deadlines for Service and Consent or Declination to Proceed Before a Magistrate Judge; Corrected Ex Parte Application of Bayerische Motoren Werke AG for Order Pursuant to 28 U.S.C. § 1782(a) to Obtain Discovery for Use in Foreign Proceedings and Supporting Memorandum of Law; and Corrected Exhibits at 251 Little Falls Drive, Wilmington, Delaware 19808. Service was accepted by a Legal Representative of Corporation Service Company, who received on behalf of the registered agent.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 04/20/2026*

Ramona Talvacchio

*Ramona Talvacchio*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: 11702.0045*
*Job #:15694894*