Michael J. Curley (SBN 230343)
QUARLES & BRADY LLP
One South Church Avenue, Suite 1800
Tucson, AZ 85701
Tel: 520-770-8700
Fax: 520-623-2418
Michael.Curley@quarles.com

*Counsel for Respondent*
*BROADCOM INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: APPLICATION PURSUANT TO 28 U.S.C. § 1782 OF BAYERISCHE MOTOREN WERKE AG,<br>Petitioners,<br>- To take the discovery of -<br>BROADCOM INC.,<br>Respondent. | Case No. 5:26-mc-80092-VKD<br>**JOINT STIPULATION FOR EXTENSION OF TIME PURSUANT TO CIVIL L.R. 6-2** |

Pursuant to Civil L.R. 6-2, Applicant Bayerische Motoren Werke AG ("BMW") and Respondent Broadcom Inc. ("Broadcom"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On April 2, 2026, the Court entered an Order Setting Deadlines for Service and Consent or Declination to Proceed Before a Magistrate Judge (Dkt. 4) (the "April 2 Order"). The April 2 Order directed BMW to serve the application on Broadcom by April 9, 2026, and directed Broadcom to file a response to the application by April 16, 2026. The April 2 Order further directed both parties to file Consent or Declination to Magistrate Judge Jurisdiction forms no later than April 23, 2026.

2. On April 17, 2026, BMW filed a Corrected Ex Parte Application (Dkt. 12), which superseded the original filing and postdated the April 16, 2026 response deadline previously set by the Court.

3. In light of the corrected filing, the parties require additional time for Broadcom to prepare and file its response to the amended application and for both parties to file their respective consent or declination forms. The parties have conferred and agreed to schedule a meet and confer regarding the scope of the discovery sought in the amended application, which the parties believe may narrow the issues for the Court's consideration.

4. No prior extensions of the deadlines established in the April 2 Order have been requested or granted.

5. The parties therefore stipulate and request that the Court enter an order extending the following deadlines:

   (a) Broadcom's deadline to file its response to BMW's Corrected Ex Parte Application (Dkt. 12), currently set for April 16, 2026, shall be extended to **May 5, 2026**; and

   (b) The deadline for both BMW and Broadcom to file their respective Consent or Declination to Magistrate Judge Jurisdiction forms, currently set for April 23, 2026, shall be extended to **May 5, 2026**.

6. This stipulation is made for good cause. As set forth above, BMW filed a corrected application after the original response deadline had passed, necessitating additional time for Broadcom to review and respond. The parties further intend to meet and confer in advance of any response filing, which may facilitate a narrowing of the issues and promote judicial economy. The requested extension is brief, will not prejudice any party, and will not affect any other deadlines in this matter.

Respectfully submitted,

DATED: April 21, 2026

QUARLES & BRADY LLP

By: /s/ Michael J. Curley
Michael J. Curley
*Counsel for Respondent*
*BROADCOM INC.*

By: /s/ Erik R. Puknys (with consent)
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (pro hac vice)
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone: (571) 203-2750
Facsimile: (571) 203-2777

Matthew C. Berntsen (pro hac vice)
matthew.berntsen@finnegan.com
Guanshi Li (pro hac vice)
guanshi.li@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
2 Seaport Lane
6th Floor
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666
*Counsel for Petitioner*
*BAYERISCHE MOTOREN WERKE AG*