Michael J. Curley (SBN 230343)
QUARLES & BRADY LLP
One South Church Avenue, Suite 1800
Tucson, AZ 85701
Tel: 520-770-8700
Fax: 520-623-2418
Michael.Curley@quarles.com

*Counsel for Respondent*
*BROADCOM INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: APPLICATION PURSUANT TO 28 U.S.C. § 1782 OF BAYERISCHE MOTOREN WERKE AG,<br><br>Petitioners,<br><br>- To take the discovery of -<br><br>BROADCOM INC.,<br><br>Respondent. | Case No. 5:26-mc-80092-VKD<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME PURSUANT TO CIVIL L.R. 6-2** |

Pursuant Having reviewed the Joint Stipulation for Extension of Time filed by Applicant Bayerische Motoren Werke AG and Respondent Broadcom Inc., and good cause appearing therefor, IT IS HEREBY ORDERED:

1. Broadcom's deadline to file its response to BMW's Corrected Ex Parte Application (Dkt. 12) is extended to May 5, 2026.
2. The deadline for both BMW and Broadcom to file their respective Consent or Declination to Magistrate Judge Jurisdiction forms is extended to May 5, 2026.

All other provisions of the Court's April 2, 2026 Order (Dkt. 4) remain in full force and effect.

IT IS SO ORDERED.

Dated: _____________, 2026