UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re Ex Parte Application For
Bayerische Motoren Werke AG ，

Plaintiff(s),

v.

Broadcom Inc.                    ,

Defendant(s).

Case No. 5:26-mc-80092-PCP

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kent T. Dallow , an active member in good standing of the bar of Colorado , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Broadcom Inc. in the above-entitled action. My local co-counsel in this case is Aaron Buckley , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 202081 .

Quarles & Brady LLP
8744 Kendrick Castillo Way, Suite 560
Highlands Ranch, Colorado 80129
MY ADDRESS OF RECORD

Quarles & Brady LLP
101 West Broadway, Suite 1500
San Diego, California 92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(303) 268-0066
MY TELEPHONE # OF RECORD

(619) 237-5200
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kent.dallow@quarles.com
MY EMAIL ADDRESS OF RECORD

aaron.buckley@quarles.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 43530 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/11/2026

Kent T. Dallow
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kent T. Dallow is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 13, 2026

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California