Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (*pro hac vice*)
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone: (571) 203-2750
Facsimile: (571) 203-2777

Matthew C. Berntsen (*pro hac vice*)
matthew.berntsen@finnegan.com
Guanshi Li (*pro hac vice*)
guanshi.li@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
2 Seaport Lane
6th Floor
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

Attorneys for Petitioner
BAYERISCHE MOTOREN WERKE AG

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**In Re *Ex Parte* Application of Bayerische Motoren Werke AG for Order to Obtain Discovery for Use in Foreign Proceedings**

Case No. 5:26-mc-80092-PCP

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF EX PARTE APPLICATION OF BAYERISCHE MOTOREN WERKE AG FOR ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

Bayerische Motoren Werke Aktiengesellschaft ("BMW") respectfully moves for leave to file the Reply attached at Exhibit A in response to Respondent Broadcom Inc. ("Broadcom")'s Opposition to BMW's *Ex Parte* Application under 28 U.S.C. § 1782(a). (Dkt. 22). In support thereof, BMW AG states as follows:

1. Pursuant to Magistrate Judge DeMarchi's Order on April 2, 2026, (Dkt. 4), Broadcom filed its Opposition on May 5, 2026. (Dkt. 22). While replies are typically permitted in this District (Civ. L.R. 7-3(c)), the operative order is silent regarding whether BMW may file one. (Dkt. 4).

2. BMW AG seeks leave to file a Reply to Broadcom's Opposition to address several specific issues newly raised, new evidence, or material mischaracterizations, including Broadcom's (1) submission of a 20-page declaration of a German attorney, introducing new testimony into the record; (2) suggestion that a German action must be pending to grant § 1782 discovery, contrary to black letter Supreme Court law; (3) attempt to read the Article III case or controversy requirement for declaratory judgement actions into § 1782; (4) misstatement of the first discretionary *Intel* factor as whether the § 1782 target would be a party abroad; (5) contention that any § 1782 evidence is unusable abroad because there is not yet a foreign case pending; (6) testimony regarding a proposed document production procedure in Germany and argument that such procedure means Germany has affirmative restrictions on available discovery; (7) conflation of the hypothetical German procedure with compelled discovery; and (8) newly-articular issues of breadth.

3. BMW respectfully submits that a reply is warranted because Broadcom's opposition introduces new testimony, raises new arguments, and mischaracterizes the record in ways that BMW could not reasonably have anticipated in its opening Application (Dkts. 1, 12) that was originally filed *ex parte*. A reply would assist the Court by clarifying those issues and ensuring that the Application is resolved on the basis of full and accurate briefing.

4. On May 18, 2026, BMW requested Broadcom's position on the relief this Motion seeks and on the same day, Broadcom responded indicating that it does not oppose to the relief requested herein.

WHEREFORE, BMW respectfully requests that this Honorable Court grant its Motion for Leave to File a Reply in the form of the Order attached hereto as Exhibit A.

Dated: May 19, 2026

By: */s/ Erik R. Puknys*
Erik R. Puknys

Attorney for Petitioner
BAYERISCHE MOTOREN WERKE AG

*Of Counsel*:

Lionel M. Lavenue (*pro hac vice*)
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone:(571) 203-2750
Facsimile: (571) 203-2777

Matthew C. Berntsen (*pro hac vice*)
matthew.berntsen@finnegan.com
Guanshi Li (*pro hac vice*)
guanshi.li@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
2 Seaport Lane
6th Floor
Boston, MA 02210-2001
Telephone:(617) 646-1600
Facsimile: (617) 646-1666