# EXHIBIT FILED UNDER SEAL

# EXHIBIT 3