**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Lionel M. Lavenue (*pro hac vice*)
lionel.lavenue@finnegan.com
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone: (571) 203-2750
Facsimile: (571) 203-2777

Matthew C. Berntsen (*pro hac vice*)
matthew.berntsen@finnegan.com
Guanshi Li (*pro hac vice*)
guanshi.li@finnegan.com
2 Seaport Lane
6th Floor
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

Attorneys for Applicant
BAYERISCHE MOTOREN WERKE AG

**QUARLES & BRADY LLP**
Michael J. Curley (SBN 230343)
One South Church Avenue, Suite 1800
Tucson, AZ 85701
Tel: 520-770-8700
Fax: 520-623-2418
Michael.Curley@quarles.com

Aaron Buckley (SBN 202081)
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700
Aaron.Buckley@quarles.com

Daniel S. Young (*pro hac vice*)
Kent T. Dallow (*pro hac vice*)
8744 Kendrick Castillo Way, Suite 560
Highlands Ranch, CO 80129
Phone: 303-268-0066
Fax: 303-381-9887
Email: DYoung@quarles.com
Email: Kent.Dallow@quarles.com

Attorneys for Respondent
BROADCOM INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In Re *Ex Parte* Application of Bayerische Motoren Werke AG for Order to Obtain Discovery for Use in Foreign Proceedings

Case No. 5:26-mc-80092-PCP

**JOINT STATUS REPORT**

Applicant Bayerische Motoren Werke Aktiengesellschaft ("BMW") and Respondent Broadcom Inc. ("Broadcom") respectfully provide this Joint Status Report in advance of the Status Conference on July 7, 2026, before this Court.

## I. Factual and Procedural Summary

### A. The Parties

BMW is a world-renowned German designer and manufacturer of motor vehicles, parts, and other accessories, which are offered for sale in Europe and for export and sale throughout the world, with its corporate headquarters located at Petuelring 130, 80809 Munich, Germany.

Broadcom is a multinational designer, developer, manufacturer, and supplier of semiconductor and infrastructure software products, with its corporate headquarters located at 3421 Hillview Avenue, Palo Alto, California 94304. Broadcom's subsidiary Avago Technologies International Sales Pte. Ltd. is the assignee of at least some of Broadcom's patents.

### B. Background

This case involves a dispute between the parties relating to Broadcom's patent portfolio and BMW's alleged use of certain technologies. Dkt. 12 at 1. Broadcom, through its predecessors and related Avago entities, previously asserted European patents against BMW in German proceedings in 2019 and 2020. *Id.* In connection with those disputes, BMW obtained discovery under 28 U.S.C. § 1782 from this District. The parties ultimately resolved the litigations through an October 2020 worldwide patent license. *Id.*

Eight months before expiration of the parties' license, Broadcom presented BMW with a renewed licensing proposal in October 2025. *Id.* at 3. Broadcom identified certain patents it contended were relevant to BMW and its products, including patents related to automotive Ethernet technology. *Id.* at 4. Broadcom later provided BMW with a license offer related to automotive Ethernet technology on March 20, 2026.

Ten days later on March 30, 2026, BMW filed this Action to obtain discovery from Broadcom under 28 U.S.C. § 1782 for use in license negotiations and potential German patent proceedings. Dkt. 1; *see also* Dkt. 12.

When the parties had not resolved their negotiations, Broadcom, through a subsidiary, filed suit on June 11, 2026, in the Munich Regional Court for patent infringement against BMW for conduct occurring after the expiration of the parties' license agreement. Dkt. 36. The German litigation is currently ongoing in the Munich Regional Court, where the German court has already ordered production of documents selected by Broadcom pursuant to its own Confidentiality orders. *Id*.

**C. Timeline of This Action**

On March 30, 2026, BMW AG filed its initial *Ex Parte* Application under § 1782 along with supporting exhibits. Dkt. 1. The case was assigned to Magistrate Judge Virginia K. DeMarchi. Dkt. 3.

Pursuant to Magistrate Judge DeMarchi's order of April 2, 2026, BMW AG formally served the Application and notified the Court by filing the Proof of Service. Dkts. 4, 5.

On April 16, 2026, Broadcom's service agent notified BMW AG that it cannot accept service on behalf of Broadcom Inc. Dkt. 14.

To avoid delay, on April 17, 2026, BMW filed an Amended/Corrected *Ex Parte* Application and Memorandum that (i) corrects Broadcom Inc.'s state of incorporation, and (ii) attaches Corrected Exhibits A and B reflecting updated service information. Dkts. 12, 14. Service was effected on April 17, 2026. Dkt. 14-2.

At Broadcom's request, on April 21, 2026, BMW and Broadcom filed a Joint stipulation for extension of time, extending Broadcom's response deadline to May 5, 2026. Dkt. 15. Magistrate Judge DeMarchi granted the extension on the same date. Dkt. 17.

On May 5, 2026, Broadcom declined to consent to proceed before the Magistrate Judge. Dkt. 19. The case was subsequently reassigned to this Court. Dkt. 23.

Also on May 5, 2026, Broadcom filed its Response to the Application, requesting that the Court deny the Application in full, and in the alternative, providing a limited set of discovery which Broadcom would be willing to produce. Dkt. 22.

On May 21, 2026, BMW filed its Reply to Broadcom's Response with leave of Court. Dkts. 30-33. The briefing for the § 1782 Application is complete.

On June 9, 2026, BMW and Broadcom filed a stipulated Proposed Protective Order for this Court's review. Dkt. 35.

On June 23, 2026, BMW and Broadcom filed the Joint Notice of Request for Status Conference to notify the Court that Avago, Broadcom Inc.'s foreign subsidiary, initiated an infringement proceeding against BMW AG in Germany on June 11, 2026. The Parties also informed the Court that on June 18, 2026, the Munich Regional Court ordered production of some, but not all, of the discovery requested by BMW, pursuant to the terms of the Munich Regional Court's confidentiality provisions, and that Broadcom would produce those documents once BMW complied with the Munich Regional Court's order. Dkt. 36.

That same day, BMW filed a Notice of Filing of Foreign Proceedings to again notify the Court that Avago, Broadcom Inc.'s foreign subsidiary, initiated an infringement proceeding against BMW AG in Germany on June 11, 2026. Dkt. 37.

On June 24, 2026, BMW complied with the Munich Regional Court's order and Broadcom produced the specified documents in the German litigation.

On June 25, 2026, the Court entered the stipulated Protective Order and set a Status Conference on July 7, 2026. Dkts. 38, 39.

## II. Pending Application and Motions

BMW's Corrected *Ex Parte* Application for Order Pursuant to 28 U.S. C. § 1782(a) (Dkt. 12) is currently pending. There are also two administrative motions pending:

1. Administrative Motion to File Under Seal related to Broadcom's opposition, Dkt. 20;
2. Administrative Motion to File Under Seal related to BMW's Reply, Dkt. 31.

## III. The Parties Are Working to Independently Narrow the Disputes

### A. Documents Broadcom Has Agreed to Produce or Has Already Produced

Broadcom agreed to produce the following documents, subject to its confidentiality obligations and the timeline set forth in the stipulated Protective Order, Dkt. 38:

1. Broadcom's patent litigation settlements and patent license agreements with all automobile manufacturers entered into during the past 10 years. This includes all license agreements and is not limited to Ethernet SEPS.

a. **Broadcom States:** On July 2, 2026, Broadcom provided notice to the third-parties to the patent litigation settlements and patent license agreements it identified after a relevant search, and subject to the third-parties opportunity to object, Broadcom will produce these agreements on July 13, 2026, pursuant to the terms of the Protective Order.

2. Broadcom's patent license agreements with BMW's suppliers, as identified by BMW as of July 2, 2026, entered into between Broadcom and said supplier during the past 15 years. This includes all license agreements and is not limited to Ethernet SEPs.

a. **Broadcom States:** On May 4, 2026 BMW identified two suppliers as the basis for its request and Broadcom's reasonable search for relevant agreements was limited to these two parties. On July 2, 2026, Broadcom notified BMW that it had provided the requisite notice to these two suppliers pursuant to the agreements and the Protective Order. Later that evening, BMW identified an additional 475 suppliers as the basis for its request for supplier agreements, and Broadcom objects to this late disclosure as overly burdensome and not proportional to the needs of the case.

b. **BMW States:** Broadcom agreed to produce agreements with BMW's suppliers, which it asked BMW to identify. BMW did so confidentiality after the Court entered a protective order on June 25, about which Broadcom now complains. Broadcom should be able to quickly determine the actual and presumably low number of these suppliers which it actually has a license.

3. All patent litigation settlements and patent license agreements entered into during the past 15 years for all or part of Broadcom's IEEE 802.3bw or IEEE 802.3bp Ethernet SEP portfolio where such settlement and/or license agreement specifically licensed such Ethernet SEP portfolio (*e.g.*, a license to Broadcom's entire portfolio would not be included unless it references IEEE 802.3 or any substandard thereof).

4. **<u>Broadcom States:</u>** On July 2, 2026, Broadcom produced the following documents it was able to locate after a reasonable search, subject to its confidentiality obligations set forth in the stipulated Protective Order, Dkt. 38:

a. All agreements Broadcom made with one or more OPEN Alliance members relating to IEEE 802.3bp or IEEE 802.3bw, particularly in or around 2013.

**B. Disputed Documents**

The parties dispute the production of the following documents:

1. Documents sufficient to identify all automobile suppliers and semiconductor manufacturers with a settlement and/or license agreement that are not within the scope of Sections III.A.1 III.A.2, specifically:

   a. older than 10 years and the target patents are still alive; and

   b. entered into more than 10 years ago but since failed to be renewed, but the target patents are still alive.

2. Additional patent litigation settlements and patent license agreements entered into during the past 15 years for all or part of Broadcom's IEEE 802.3 Ethernet SEP portfolio that are not within the scope of Section III.A.3.

3. Additional documents sufficient to identify all Broadcom patents it alleges are relevant or essential to IEEE 802.3 or BroadR-Reach, including but not limited to IEEE 802.3bp and IEEE 802.3bw, based on a reasonable search that are not within the scope of Sections III.A.1, III.A.2, and III.A.3 above.

4. Document sufficient to show all <u>offers</u> Broadcom made to one or more OPEN Alliance members regarding IEEE 802.3 or BroadR-Reach, particularly in or around 2013, including but not limited to those relevant to IEEE 802.3bp and IEEE 802.3bw.

5. Additional documents showing any calculations of royalties for patents relevant or essential to IEEE 802.3 or BroadR-Reach, including but not limited to IEEE 802.3bp and IEEE 802.3bw, that are not within the scope of Sections III.A.1, III.A.2, and III.A.3 above. This includes, in particular, alteration (especially increase) of such royalties after licenses were offered through the OPEN Alliance by Broadcom.

6. Documents sufficient to show the status of and reasons for the lack of resolution on Broadcom's difference with Toyota, including Broadcom's correspondence with Toyota since the litigation between Broadcom and Toyota concluded.

7. Documents sufficient to identify all Broadcom patents it alleges are relevant or essential to IEEE 802.3.

8. Copies of the following orders from the Renault matter, court file number 7 O 7655/25 from the Munich I Regional Court (Landgericht München I), 7th Civil Chamber, and from the Munich Higher Regional Court (OLG), case number 6 U 364/26 e, for the appeal proceeding regarding the amount of security and stay of enforcement of the above-referenced Munich I Regional Court judgment:

   a. Final Judgment of infringement from the Munich I Regional Court, dated February 5, 2026;

   b. Reasoned Judgment of infringement from the Munich I Regional Court, dated February 17, 2026;

   c. Order denying stay of enforcement from the Munich Higher Regional Court, dated March 30, 2026;

   d. Interim Judgment on security amount from the Munich Higher Regional Court, dated April 23, 2026;

   e. Order denying stay of enforcement from the Munich Higher Regional Court, dated April 27, 2026; and

   f. Relevant protective orders (Geheimhaltungsbeschluss) issued in the above-referenced cases.

9. Copies of court orders related to the EP 1 770 912 patent:

   a. UPC, local division Munich, UPC_CFI_208/2024, Avago v. Tesla (infringement);

   b. UPC, local division Munich, UPC_CFI_504/2024, Tesla v. Avago (invalidity counterclaim);

   c. UPC, central division Paris, CFI_2282/2025, Dacia v. Avago (invalidity); and

d. Relevant protective orders (confidentiality orders) issued in the above-referenced cases.

### C. Disputed Deposition

BMW's Application also seeks a subpoena to take the deposition of Broadcom. Broadcom opposes this request.

## IV. Requests

The parties' respective positions on the pending Application are as follows:

1. BMW requests that the Court GRANT its § 1782 Application. Broadcom opposes the Application and incorporates by reference the arguments set forth in its Response (Dkt. 22). Without waiving its objections to the Application, Broadcom has agreed to produce certain documents as set forth in the alternative relief section of its Response (Dkt. 22) and Section III.A above, to support the parties' negotiations of a license renewal.

2. BMW requests that the Court AUTHORIZE it to issue a subpoena for the undisputed documents identified in Section III.A (attached hereto as Ex. 1). Broadcom does not oppose the issuance of a subpoena limited to the documents it has agreed to produce, or has produced, as set forth in Section III.A, subject to the terms of the Protective Order.

BMW further requests, and Broadcom opposes, that this Court:

3. AUTHORIZE BMW to issue the subpoena for the disputed documents attached hereto as Ex. 2; and

4. AUTHORIZE BMW to issue the deposition subpoena attached hereto as Ex. 3.

Dated: July 6, 2026

By: */s/ Erik. R. Puknys*
Erik R. Puknys

Attorney for Applicant
BAYERISCHE MOTOREN WERKE AG

By: */s/ Kent T. Dallow*
Kent T. Dallow

Attorney for Respondent
BROADCOM INC.