Christina E. Dashe (SBN 292360)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 371-2600
cdashe@sternekessler.com

*Attorney for Noticed Volkswagen Group Entities Movants*

Brandon H. Brown, P.C. (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
bhbrown@kirkland.com

*Attorney for Porsche Movant*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In Re *Ex Parte* Application of Bayerische Motoren Werke AG for Order to Obtain Discovery for Use in Foreign Proceedings** | Misc. Action No. 5:26-mc-80092-PCP<br>Judge: Hon. P. Casey Pitts.<br><br>**DECLARATION OF CHRISTINA E. DASHE IN SUPPORT OF THIRD-PARTIES VOLKSWAGEN AG AND THE NOTICED VOLKSWAGEN GROUP ENTITIES' AND THIRD-PARTY PORSCHE AG'S MOTION FOR A PROTECTIVE ORDER** |

I, Christina E. Dashe, declare as follows:

1. I am Counsel at the law firm Sterne, Kessler, Goldstein & Fox P.L.L.C. ("Sterne Kessler"). Sterne Kessler is counsel for Third Parties Volkswagen AG and several Volkswagen Group brands (including Audi AG, Automobili Lamborghini S.p.A., Bentley Motors Ltd., International Motors, LLC (Navistar, Inc.), MAN Truck & Bus SE, Scania CV AB, Seat S.A., Škoda Auto A.S., and Volkswagen Truck & Bus Industria e Comercio de Veiculos Ltda.) (collectively, the "Noticed Volkswagen Group Entities") in this case. I respectfully submit this declaration in support of the Noticed Volkswagen Group Entities' and Third-Party Dr. Ing. h.c. F. Porsche AG's ("Porsche") (collectively with the Noticed Volkswagen Group Entities, "Movants") Motion for a Protective Order.

2. On August 4 and 5, 2026, Respondent Broadcom, Inc.'s ("Broadcom") predecessor

Avago Technologies International Sales Pte. Limited and its related entities (collectively, "Avago") informed the Noticed Volkswagen Group Entities that Broadcom was required to produce to Bayerische Motoren Werke AG ("BMW"): (1) the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and Volkswagen AG effective November 2, 2018; (2) the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and Volkswagen AG effective October 25, 2023; (3) the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and Audi AG effective October 25, 2023; (4) the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and Automobili Lamborghini S.p.A. effective October 25, 2023; (5) the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and Škoda Auto A.S. effective October 25, 2023; (6) the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and MAN Truck & Bus SE effective October 25, 2023; (7) the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and Bentley Motors Ltd. effective October 25, 2023; (8) the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and Scania CV AB effective October 25, 2023; (9) the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and Navistar, Inc. effective October 25, 2023; (10) the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and Seat S.A. effective October 25, 2023; and (11) the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and Volkswagen Truck & Bus Industria e Comercio de Veiculos Ltda. effective October 25, 2023 (collectively, the eleven "Avago-VW Group Licenses").

3. Also on August 4, 2026, Avago informed Porsche that Broadcom was required to produce to BMW the Confidential Patent License Agreement between Avago Technologies International Sales Pte. Limited and Dr. Ing. h.c. F. Porsche AG, effective October 25, 2023 (the one "Avago-Porsche License").

4. Avago further informed the Noticed Volkswagen Group Entities and Porsche that

they had 10 days from the August 4 and 5, 2026 notice dates to seek a protective order precluding or restricting production of the eleven Avago-VW Group Licenses and the one Avago-Porsche License.

5. Upon receipt of Avago's notice, the Noticed Volkswagen Group Entities promptly reviewed the Avago-VW Group Licenses, and Porsche promptly reviewed the Avago-Porsche License, and determined that the licenses contain the Movants' proprietary financial, technical, competitive, and commercially sensitive information that should not be viewed by personnel at Volkswagen's and Porsche's direct competitor in the automotive space, BMW.

6. Each of the Avago-VW Group Licenses and the Avago-Porsche License expressly recognize that they were created with the understanding that the terms of the licenses would be held confidential between *only* Avago and the respective Movant.

7. In view of this understanding, the Movants permitted these licenses to contain information providing direct insight into their business strategies, bargaining positions, competitive strengths and weaknesses, intellectual property valuation, and future commercial plans, such as past and future litigation valuation and strategies, projected product sales and revenues, and business strategies pertaining to specific types of products. This information bears no relation to any patent royalty rates.

8. The nine license agreements between Avago and Audi AG, Automobili Lamborghini S.p.A., Bentley Motors Ltd., International Motors, LLC (Navistar, Inc.), MAN Truck & Bus SE, Scania CV AB, Seat S.A., Škoda Auto A.S., and Volkswagen Truck & Bus Industria e Comercio de Veiculos Ltda., and the one license agreement between Avago and Porsche, are also duplicative and provide no additional relevant information beyond the remaining two licenses between Avago and Volkswagen AG.

9. For example, the terms directly pertaining to patent royalty rates are the same across all of the Avago-VW Group Licenses and the Avago-Porsche License—with the exception of the November 2, 2018 license agreement between Avago and Volkswagen AG.

10. The Noticed Volkswagen Group Entities and Porsche have reached out to Broadcom and BMW and stated their intention to seek a protective order restricting production of

the Avago-VW Group Licenses and the Porsche License. Broadcom and BMW agreed to extend the 10-day deadline under the stipulated Protective Order in this case (Dkt. 38) for Movants to file the instant Motion for a Protective Order from Friday, August 14, 2026, to Monday, August 17, 2026.

Dated: August 17, 2026

*/s/ Christina E. Dashe*

Christina E. Dashe (SBN 292360)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 371-2600
cdashe@sternekessler.com

*Attorney for Noticed Volkswagen Group Entities Movants*