Christina E. Dashe (SBN 292360)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 371-2600
cdashe@sternekessler.com

*Attorney for Noticed Volkswagen Group Entities Movants*

Brandon H. Brown, P.C. (SBN 266347)
bhbrown@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Russell Levine (*Pro Hac Vice*)
rlevine@kirkland.com
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Porsche Movant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**In Re Ex Parte Application of Bayerische Motoren Werke AG for Order to Obtain Discovery for Use in Foreign Proceedings**

Misc. Action No. 5:26-MC-80092-PCP

Hearing Date: September 24, 2026 Hearing Time: 10:00 AM
Courtroom 8, 4th Floor
Judge: Hon. P. Casey Pitts

**SUPPLEMENTAL DECLARATION OF CHRISTINA E. DASHE**

I, Christina E. Dashe, declare as follows:

1. I am an attorney at Sterne, Kessler, Goldstein & Fox P.L.L.C. and counsel for the Noticed Volkswagen Group Entities in this matter. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I personally reviewed each of the eleven Avago-VW Group Licenses and the one Avago-Porsche License identified in my August 17, 2026 declaration, including the terms directly pertaining to patent royalty rates in each.

3. Based on that review, the terms directly pertaining to patent royalty rates are the same across all of the Avago-VW Group Licenses and the Avago-Porsche License, with the exception of the November 2, 2018 license agreement between Avago and Volkswagen AG.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 8, 2026

*/s/ Christina E. Dashe*

Christina E. Dashe (SBN 292360)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 371-2600
cdashe@sternekessler.com

*Attorney for Noticed Volkswagen Group Entities Movants*