United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE EX PARTE APPLICATION FOR BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,

Plaintiff,

v.

BROADCOM INC., et al.,

Defendants.

Case No. 26-mc-80092-PCP

**ORDER RE THIRD PARTY MOTION FOR PROTECTIVE ORDER**

Re: Dkt. No. 61

On September 24, 2026, the Court held a hearing on Volkswagen AG and Porsche AG's motion for a protective order preventing Broadcom from producing to BMW unredacted versions of twelve licensing agreements between Broadcom and those two third parties. Dkt. No. 61. This Order memorializes the Court's rulings at the hearing.

The motion for a protective order is granted in part and as follows: By no later than October 8, 2026, Broadcom will produce copies of each of the twelve licensing agreements to BMW. Those agreements may be reviewed only by BMW's outside counsel, and no BMW employees will be provided with access to the agreements or their contents. To the extent any applicable foreign privacy law requires the redaction of particular information from any agreement, Broadcom, Volkswagen AG, and Porsche AG may redact that information. Should the produced agreements include any such redactions, BMW shall be provided with a privilege log identifying the specific privacy law requiring each particular redaction. If BMW contends that any particular redaction in the privilege log is unwarranted and the parties are unable to resolve their dispute by meeting and conferring, they shall present their dispute to the Court for resolution in accordance with the Court's procedures for resolving discovery disputes.

To the extent that any agreement contains material (1) whose disclosure to BMW would significantly intrude upon Volkswagen or Porsche's proprietary business or privacy interests and (2) that is entirely irrelevant to BMW's reasons for seeking the agreement's production, Volkswagen or Porsche may redact such material from the agreement. Should Volkswagen or Porsche do so, they shall concurrently file with the Court on the public docket a supplement to their motion for a protective order explaining the basis for the redaction. Volkswagen or Porsche shall also simultaneously provide the Court with an unredacted copy of the document that highlights the redaction by emailing the document or a download link to pcpcrd@cand.uscourts.gov. BMW may file an opposition to Volkswagen or Porsche's redactions with three calendar days of the filing of Volkswagen or Porsche's supplement.

**IT IS SO ORDERED.**

Dated: September 28, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California